UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------:
UNITED STATES OF AMERICA,            :          Criminal No. 21-907 (ES)

    v.                                                         :

DAVID WOROBOFF,                             :          ORDER
        Defendant                                         TEMPORARILY MODIFYING
---------------------------------------------------:          CONDITIONS OF RELEASE

       This matter having come before the Court upon application of defendant David Woroboff (by R. Stephen Stigall, Esquire) for permission to modify the conditions of his pretrial release temporarily to allow for travel to Turks and Caicos for a pre-paid family vacation from Thursday, December 23, 2021 through Thursday, December 30, 2021, and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (Emma Spiro, Assistant U.S. Attorney), and Pretrial Services having taken no position on this request and deferring to the Court, and for good cause shown,

    IT IS on this  17  day of December 2021,

    ORDERED:

    1.    That Mr. Woroboff's conditions of pretrial release are hereby temporarily modified to permit him to travel to Turks and Caicos for a prepaid family vacation from Thursday, December 23, 2021 through Thursday, December 30, 2021.

2. All other conditions of pretrial release shall remain in effect.

*Leda Dunn Wettre*
_____
Honorable Leda Dunn Wettre
United States Magistrate Judge