# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

**Judge:** Esther Salas          Date: December 13, 2023

Court Reporter: Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci

**Title of Case:**          Docket # **Cr. 21-907(ES)**

U.S.A. v. WOROBOFF et al.

**Appearances:**

Emma Spyro, AUSA, for the govt.
David Lazarus, Esq., for the defendant Woroboff.
Bjorn Brunvand, Esq., for defendant Willard.
Michael Baldassare, Esq., for defendant Mills.
Joshua Lowther, Esq., for the defendant Thu.

**Nature of Proceedings:**   TELEPHONE STATUS CONFERENCE

Teleconference on the record.
Defendants' appearances waived by counsel for today's call.
Counsel advised the Court that discovery is completed.
Jury Trial set on January 6, 2025 at 10:00 am.
Ordered parties to meet and confer on a new continunace order.

Time Commended: 3:10 p.m.
Time Adjourned: 3:40 p.m.
Total Time: 30 Min

Elisaveta Kalluci

Deputy Clerk