UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 21-907 (ES) |
| v. | : | ORDER |
| DAVID WOROBOFF, | : | TEMPORARILY MODIFYING |
| Defendant | | CONDITIONS OF RELEASE |

This matter having come before the Court upon application of defendant David Woroboff (by David G. Lazarus, Esquire) for permission to modify the conditions of his pretrial release temporarily to allow for travel for a family vacation; and the defendant having previously traveled internationally without incident after the grand jury returned the indictment against the defendant in this matter; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (Schuman, Garrett, Assistant U.S. Attorney), having no objection; and Pretrial Services having no objection "so long as the government is on board," and for good cause shown, **IT IS** on this 21st day of February 2024,

**ORDERED** that Mr. Woroboff's conditions of pretrial release are hereby temporarily modified to permit him to travel to London for a family vacation from February 22, 2024, through February 26, 2024. All other conditions of pretrial release shall remain in effect; and

**IT IS FURTHER ORDERED** that Pretrial Services may release Mr. Woroboff's passport to Mr. Woroboff as soon as reasonably possible, at Pretrial Services' discretion, and Mr. Woroboff shall return the passport to Pretrial Services at the time and place of Pretrial Services' direction upon his return to the United States.

_____
Honorable Esther Salas
United States District Judge

21011004_1